**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MYRON GRACE, | ) | CASE NO. 1:24-CV-00036 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JENNIFER |
| | ) | DOWDELL ARMSTRONG |
| KEY BANK, | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

On February 26, 2024, Plaintiff moved to dismiss this case. (ECF No. 10). On February 27, 2024, this Court dismissed this action pursuant to Plaintiff's Motion to Dismiss Case Against Key Bank National Association via marginal entry. (ECF No. 11). Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**Date: February 27, 2024**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**